# Exhibit A

| First-Line Supervisor of Transportation and Material Moving Machine and Vehicle Operation O*Net Code: 53-1031 | Transportation, Storage, and Distribution Manager O*Net Codes: 11-3071.01, 11-3071.02, 11-3071.03 | Real Estate Sales Agent / Broker O*Net Codes: 41-9021, 41-9022 | Property, Real Estate, and Community Association Manager O*Net Code: 11-9141 |
|---|---|---|---|
| **KNOWLEDGE** | **KNOWLEDGE** | **KNOWLEDGE** | **KNOWLEDGE** |
| Transportation | Transportation | N/A | N/A |
| Customer and Personal Service | Customer and Personal Service | Customer and Personal Service | Customer and Personal Service |
| Administration and Management | Administration and Management | Administration and Management (9021) | Administration and Management |
| Clerical | Clerical (3071.01) | Clerical | Clerical |
| Computers and Electronics | Computers and Electronics (3071.01, 3071.03) | Computers and Electronics | Computers and Electronics |
| N/A | N/A | Sales and Marketing | Sales and Marketing |
| **SKILLS** | **SKILLS** | **SKILLS** | **SKILLS** |
| Active Listening | Active Listening | Active Listening | Active Listening |
| Coordination | Coordination | Coordination | Coordination |
| Critical Thinking | Critical Thinking | Critical Thinking | Critical Thinking |
| Judgment and Decision Making | Judgment and Decision Making | Judgment and Decision Making | Judgment and Decision Making |
| Time Management | Time Management | Time Management | Time Management |
| Complex Problem Solving | Complex Problem Solving | Complex Problem Solving | Complex Problem Solving |
| **ABILITIES** | **ABILITIES** | **ABILITIES** | **ABILITIES** |
| Oral Comprehension | Oral Comprehension | Oral Comprehension | Oral Comprehension |
| Oral Expression | Oral Expression | Oral Expression | Oral Expression |
| Written Comprehension | Written Comprehension | Written Comprehension | Written Comprehension |
| Deductive Reasoning | Deductive Reasoning | Deductive Reasoning | Deductive Reasoning |
| Problem Sensitivity | Problem Sensitivity | Problem Sensitivity | Problem Sensitivity |
| Inductive Reasoning | Inductive Reasoning | Inductive Reasoning | Inductive Reasoning |
| Information Ordering | Information Ordering | Information Ordering | Information Ordering |

All information was gathered from O*Net OnLine (www.onetonline.org, accessed on July 31, 2017) from the following Summary Reports:
53-1031.00 – First-Line Supervisors of Transportation and Material-Moving Machine and Vehicle Operators
11-3071.01 – Transportation Managers
11-3071-02 – Storage and Distribution Managers
11-3071-03 – Logistics Managers
41-9021.00 – Real Estate Brokers
41-9022.00 – Real Estate Sales Agents
11-9141.00 – Property, Real Estate, and Community Association Managers

2364499v.1